Cathy L. Arias, State Bar No. 141989
Arthur S. Gaus, State Bar No. 289560
Patrick M. Callahan, State Bar No. 219419
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: carias@burnhambrown.com
       pcallahan@burnhambrown.com
       agaus@burnhambrown.com

Attorneys for Defendant
STARBUCKS CORPORATION

CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Elliott Montgomery, Esq., SBN 279451
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
emontgomery@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> STARBUCKS CORPORATION, A Washington Corporation; AND DOES 1-10, <br><br> Defendants. | No. 2:18-cv-00395-JAM-EFB <br><br> **JOINT STIPULATION TO STAY THE CASE PENDING APPEAL AND ORDER** <br><br> Honorable John A. Mendez |

Plaintiff SCOTT JOHNSON and Defendant STARBUCKS CORPORATION submit the following joint stipulation to stay the case pending Plaintiff's appeal.

Whereas, this action is scheduled for trial on September 30, 2019;

1

JOINT STIPULATION TO DEFER DISCOVERY AND (PROPOSED) ORDER   No.2:18-cv-00395-JAM-EFB

Whereas, the central issue in this case is whether Starbucks is required to provide 36 inches of clear space on its transaction counters in order to comply with the Americans with Disabilities Act (ADA);

Whereas, in the case of *Scott Johnson v. Blackhawk Centercal, LLC, et al.*, 3:17-cv-02454-WHA, the Honorable William Alsup granted summary judgment to Starbucks finding that the ADA does not require Starbucks to provide 36 inches of clear space on its transaction counters. Judge Alsup made this ruling after requesting that the Department of Justice provide an Amicus Brief on the clear space issue. The Department of Justice determined that the ADA accessibility guidelines do not require Starbucks to provide 36 inches of clear space;

Whereas, following Judge Alsup's Order in favor of Starbucks, Plaintiff has appealed the judgment;

Whereas, the parties jointly agree and stipulate that any substantive decision on the Appeal in *Scott Johnson v. Blackhawk Centercal LLC, et al.*, 3:17-cv-02454-WHA, would be dispositive of the central issue remaining for trial in the instant case.

Consequently, the parties request this Court to stay the case until the appeal in *Scott Johnson v. Blackhawk Centercal LLC, et al.*, 3:17-cv-02454-WHA, is decided.

**SO STIPULATED.**

DATED: June 4, 2019  BURNHAM BROWN

/s/ Cathy L. Arias
CATHY L. ARIAS
ARTHUR S. GAUS
PATRICK M. CALLAHAN
Attorneys for Defendant
STARBUCKS CORPORATION

DATED: June 4, 2019  CENTER FOR DISABILITY ACCESS

 /s/ Elliott Montgomery
ELLIOTT MONTGOMERY
Attorneys for Plaintiff
SCOTT JOHNSON

ORDER

Having read the foregoing joint stipulation, and for good cause found this case is stayed pending the outcome of Plaintiff's appeal. Within 14 days of a resolution of the appeal in *Scott Johnson v. Blackhawk Centercal, LLC, et al.*, 3:17-cv-02454-WHA, the parties shall submit a Joint Status Report reporting all issues, if any, remaining in this matter.

**IT IS SO ORDERED.**

DATED:   June 4, 2019 /s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE