UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STARBUCKS CORPORATION, a Washington Corporation; and Does 1-10,<br><br>　　　　Defendants . | **Case No**. 2:18-cv-00395-JAM-JDP<br><br>ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Dispositional documents shall be extended up to and including to May 24, 2021.

**IT IS SO ORDERED.**

DATED:  April 27, 2021　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE